JOSEPH S. PICKELL, Respondent, *v.* THE CITY OF UTICA, Appellant.

*Pickell* v. *City of Utica*, 161 App. Div. 1, affirmed.
(Submitted December 3, 1915; decided December 17, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 10, 1914, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was brought by plaintiff, who was the owner of the premises in question, under a series of five tax deeds issued by the treasurer of the county of Oneida, to have certain city tax sale certificates that had been previously issued to the city of Utica pursuant to city tax sales declared null and void and surrendered up for cancellation and such taxes declared no longer a lien. It was contended by plaintiff that by virtue of the provisions of chapter 559 of the Laws of 1902, under which his county tax deeds had been executed and delivered, any lien of the city for such prior taxes and any right of the city under such city tax sale certificates was cut off. On the part of defendant it was contended that notwithstanding the provisions of the county tax law

the defendant still had a lien for the amount of the prior city taxes that had not been paid, and that the defendant under its city tax sale certificates still had a right at any time, on presentation of such certificates to the city treasurer, to receive from him a deed or deeds for the property in question.

*August Merrill, Corporation Counsel* (*Irving K. Baxter* of counsel), for appellant.

*Richard R. Martin* for respondent.

Judgment affirmed, with costs, on opinion of CROUCH, J., adopted by the Appellate Division.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, CARDOZO and POUND, JJ. Dissenting on opinion of FOOTE, J., below: SEABURY, J.